No. 124. ROGERS OIL & GAS Co. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE; and

No. 125. GRISON OIL CORP. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 10, 1938. Petition for writ of certiorari to the Circuit of Appeals for the

Tenth Circuit denied. *Mr. Chas. H. Garnett* for petitioners. *Acting Solicitor General Townsend, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Warren F. Wattles,* and *Warner W. Gardner* for respondent. Reported below: 96 F. 2d 125.